IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FELIX MIGUEL MALAVE,

      Appellant,

v.                                                    Case No.  5D22-970
                                                      LT Case No. 2018-CF-000870-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Rebecca Rock McGuigan, Assistant
Attorney  General,  Daytona  Beach,
for  Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.